

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Charles Ellis Shirley, Appellant

No. 06-16-00089-CV          v.

Warden Tovi Butcher and The Texas
Department of Criminal Justice, Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-16-
42887).  Opinion delivered by Chief Justice
Morriss, Justice Moseley and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Charles Ellis Shirley, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk